JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH EARL SMITH, JR.,** | ) | Case No. CV 14-4083-MMM (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DANIEL PARAMO, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 10, 2015

_____
Margaret M. Morrow
United States District Judge